ENTER/JS-6

FILED
CLERK, U.S. DISTRICT COURT
AUG 3 1 2009
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| ALFRED SCOTT, | ) | Case No. CV 09-05507 DSF (AN) |
|     Petitioner, | ) | JUDGMENT |
|   v. | ) | |
| MARTEL, | ) | |
|     Respondent. | ) | |

IT IS HEREBY ADJUDGED that this action is dismissed for the reasons set forth in the concurrently filed Order.

DATED: August 24, 2009

/s/ Dale S. Fischer
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
AUG 3 1 2009
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY